**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2060**

DAVID LOUIS WHITEHEAD,

　　　　　Plaintiff – Appellant,

　　　v.

STRAYER UNIVERSITY; SOUTHEASTERN UNIVERSITY; HYATT HOTEL
INC.; UNNAMED AKA INC. AND JANE DOE AND 1-25 DOES,

　　　　　Defendants – Appellees.

**No. 09-1154**

DAVID LOUIS WHITEHEAD,

　　　　　Plaintiff – Appellant,

　　　v.

STRAYER UNIVERSITY; SOUTHEASTERN UNIVERSITY; HYATT HOTEL
INC.; UNNAMED AKA INC. AND JANE DOE AND 1-25 DOES,

　　　　　Defendants – Appellees.

Appeals from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Leonie M. Brinkema,
District Judge. (1:08-cv-00832-LMB-TCB)

Submitted:  August 26, 2009　　　Decided:  September 2, 2009

Before MICHAEL, KING, and GREGORY Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

David Louis Whitehead, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Whitehead appeals the district court's August 29, 2008, September 8, 2008 and September 11, 2008 orders. We have reviewed the record and find no reversible error. Accordingly, we deny Whitehead's motion for appointment of counsel; deny Whitehead's en banc request/motion to seize all products based on Whitehead's intellectual properties; deny Whitehead's motion for injunction relief to move Wall Street to Richmond, Virginia; deny Whitehead's July 2, 2009 motion to consolidate his eight pending appeals and affirm for the reasons stated by the district court. <u>Whitehead v. Strayer Univ.</u> No. 1:08-cv-00832-MB-TCB (E.D. Va. filed Aug. 29, 2008 & entered Sept. 2, 2008; filed Sept. 8, 2009 & entered Sept. 9, 2008; filed & entered Sept. 11, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3